Anne L. Collins, SBN 244287
Gabriela D. Flowers, SBN 273850
Derek K. Ulmer, SBN 318255
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:  (916) 329-7433
Facsimile:  (916) 329-9050

Attorneys for Defendants, CALIFORNIA PINES
COMMUNITY SERVICES DISTRICT, RON SCHERER
and RYAN SCHERER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD COATES, JOSHUA B. LUSK, JOSHUA C. HICKS, JORDAN C. VERECE,

Plaintiffs,

vs.

CALIFORNIA PINES COMMUNITY SERVICES DISTRICT, RON SHERER, RYAN SHERER,

Defendants.

Case No. 2:20-cv-01112-KJM-DMC

**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT; ORDER**

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433 Fax 916-329-9050

Stipulation Re: Extension of Time to
Respond to Amended Complaint; Order

Coates et al. v. CA Pines et al.
Case No. 2:20-cv-01112-KJM-DMC

Plaintiffs Chad Coates et al., ("Plaintiffs") and Defendants California Pines Community Services District ("District") et al., ("Defendants") (collectively herein, "Parties"), through their respective counsel of record, hereby stipulate to an extension of time for the District to respond to the Complaint filed by Plaintiffs in the above-captioned action and agree as follows:

1. WHEREAS, Plaintiffs filed their Complaint and initiated the instant action on June 2, 2020 (Document No. 1);

2. WHEREAS, Plaintiffs served the Complaint on the District by personal service on June 23, 2020 (Document No. 7);

3. WHEREAS, the Parties previously stipulated, and the Court ordered, an extension of the time for Defendants to respond to Plaintiffs' original Complaint (Documents 8, 9);

4. WHEREAS, Plaintiffs filed and served the Amended Complaint by mail on July 30, 2020;

5. WHEREAS, the deadline for Defendants to respond to Plaintiffs' Amended Complaint is currently August 13, 2020;

6. WHEREAS, good cause exists for an extension because the Parties met and conferred on August 3, 2020, and agreed further discussions would help narrow the issues in dispute, and would aide in resolution of this action, and thereby efficiently preserve the Parties' and the Court's time and resources.

7. WHEREAS, Plaintiffs anticipate filing a Second Amended Complaint to narrow the issues in dispute and avoid unnecessary law and motion practice;

8. WHEREAS, the Parties acknowledge that the Court's Order directs that requests to extend a deadline must be submitted and approved by the Court (Document No. 3-1); and

9. WHEREAS, the Parties agree an extension would allow the Parties to continue to evaluate the claims and participate in good faith negotiations to seek global resolution of this action without expending the Court's time and resources.

10. THEREFORE, the Parties hereby stipulate and request that the Court continue the deadline for Defendants to respond to Plaintiffs' Amended Complaint thirty-two (32) days, to September 14, 2020.

///

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433 Fax 916-329-9050

Stipulation Re: Extension of Time to
Respond to Complaint; Order

Coates et al. v. CA Pines et al.
Case No. 2:20-cv-01112-KJM-DMC

1     **IT IS SO STIPULATED.**

2

3     Dated: August 5, 2020                          Respectfully Submitted,

4                                                    LAW OFFICE OF STEPHAN R. WATTENBERG

5                                                    _/s/ Stephan R. Wattenberg_ (as authorized 8/5/20)
                                                     STEPHAN R. WATTENBERG
6                                                    Attorney for Plaintiffs
                                                     Chad Coates, Joshua B. Lusk, Joshua C. Hicks,
7                                                    Jordan C. Verece

8

9     Dated: August 5, 2020                          Respectfully Submitted,

10                                                   LOZANO SMITH

11

12                                                   _/s/Derek K. Ulmer_____
                                                     ANNE L. COLLINS
13                                                   GABRIELA D. FLOWERS
                                                     DEREK K. ULMER
14                                                   Attorneys for Defendants
                                                     California Pines Community Services District,
15                                                   Ron Scherer, Ryan Scherer

16

17

18

19

20

21

22

23

24

25

26

27

28

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433 Fax 916-329-9050

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and GOOD CAUSE APPEARING

THEREFORE, IT IS HEREBY ORDERED that the deadline for the District to respond to the Complaint

shall be further extended thirty-two (32) days, to September 14, 2020.

**IT IS SO ORDERED.**

Dated:  August 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433 Fax 916-329-9050

Stipulation Re: Extension of Time to
Respond to Complaint; Order                     - 4 -              Coates et al. v. CA Pines et al.
Case No. 2:20-cv-01112-KJM-DMC