IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD COATES, et al., | No. 2:20-CV-1112-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA PINES COMMUNITY SERVICES DISTRIST, et al., | |
| Defendants. | |

      Plaintiffs, who are proceeding with retained counsel, bring this civil action. In light of the continued closure of the District Courthouses to the public, the parties shall be required to appear telephonically at the scheduling conference set for October 7, 2020, at 10:00 a.m., before the undersigned in Redding, California. Parties who have not already done so should arrange their appearances through CourtCall.[1]

      IT IS SO ORDERED.

Dated: October 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants' counsel has filed a notice of telephonic appearance on behalf of Defendants. See ECF No. 16.

1