**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD COATES, et al., | No. 2:20-CV-01112-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA PINES COMMUNITY SERVICES DIST., et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. An initial status/scheduling conference was held in this matter on October 7, 2020, at 10:00 a.m. before the undersigned in Redding, California. Stephan R. Wattenberg and Tomas E. Margain appeared telephonically for Plaintiffs. Anne L. Collins appeared telephonically for Defendants. Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

   1. No further joinder of parties or amendments to the pleadings is permitted without leave of Court for good cause shown.

   2. Jurisdiction and venue are not contested.

///

3. The parties represent that they will have exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) by October 9, 2020.

4. Non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by July 1, 2021.

5. The parties shall exchange initial lists of expert witnesses no later than August 1, 2021.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).  The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

6. Expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by September 10, 2021.

7. All dispositive motions shall be noticed to be heard by December 7, 2021.

8. A settlement conference is set for November 19, 2021, at 9:00 a.m. before the undersigned in Redding, California.

9. The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated:  October 19, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE