Anne L. Collins, SBN 244287
Gabriela D. Flowers, SBN 273850
Travis E. Cochran, SBN 285776
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

Attorneys for Defendants, CALIFORNIA PINES
COMMUNITY SERVICES DISTRICT, RON SHERER
and RYAN SHERER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD COATES, JOSHUA B. LUSK, JOSHUA C. HICKS, JORDAN C. VERECE,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PINES COMMUNITY SERVICES DISTRICT, RON SHERER, RYAN SHERER,<br><br>Defendants. | Case No. 2:20-cv-01112-KJM-DMC<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR NON-EXPERT AND EXPERT DISCOVERY DEADLINES; ORDER**<br><br>**(L.R. 144)** |

Plaintiffs Chad Coates et al., ("Plaintiffs") and Defendants California Pines Community Services District ("District") et al., ("Defendants") (collectively herein, "Parties"), through their respective counsel of record, hereby stipulate to an extension of time for Non-Expert and Expert Discovery deadlines in the above-captioned action and agree as follows:

1. WHEREAS, the Parties acknowledge that the Court's Order directs that requests to extend a deadline must be submitted and approved by the Court (Document No. 23); and

Stipulation Re: Extension of Time for Non-Expert
and Expert Discovery Deadlines; [Proposed] Order

Coates et al. v. CA Pines et al.
Case No. 2:20-cv-01112-KJM-DMC

2. WHEREAS, the Parties desire to engage in discussions regarding potential settlement of the matter and seek to avoid any additional costs while engaging in such discussions.

3. THEREFORE, the Parties hereby stipulate and request that the Court continue the deadline for the Parties to complete non-expert discovery and all motions pertaining to non-expert discovery by sixty (60) days, to August 30, 2021.

4. THEREFORE, the Parties hereby stipulate and request that the Court continue the deadline for the Parties to complete expert discovery and all motions pertaining to expert discovery by sixty (60) days, to November 9, 2021.

5. THEREFORE, the Parties hereby stipulate and request that the Court continue the deadline for the Parties to exchange initial lists of expert witnesses by sixty (60) days, to September 30, 2021.

IT IS SO STIPULATED.

Dated: June 9, 2021                    Respectfully Submitted,

                                       LAW OFFICE OF STEPHAN R. WATTENBERG

                                       /s/ Stephan R. Wattenberg
                                       STEPHAN R. WATTENBERG
                                       Attorney for Plaintiffs
                                       Chad Coates, Joshua B. Lusk, Joshua C. Hicks,
                                       Jordan C. Verece

Dated: June 10, 2021                   Respectfully Submitted,

                                       LOZANO SMITH


                                       /s/ Anne L. Collins
                                       ANNE L. COLLINS
                                       GABRIELA D. FLOWERS
                                       TRAVIS C. COCHRAN
                                       Attorneys for Defendants
                                       California Pines Community Services District,
                                       Ron Sherer, Ryan Sherer

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

1. The deadline for the Parties to complete non-expert discovery and all motions pertaining to non-expert discovery is extended by sixty (60) days, to August 30, 2021.

2. The deadline for the Parties to complete expert discovery and all motions pertaining to expert discovery is extended by sixty (60) days, to November 9, 2021.

3. The deadline for the Parties to exchange initial lists of expert witnesses is extended by sixty (60) days, to September 30, 2021.

**IT IS SO ORDERED.**

DATED: June 24, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation Re: Extension of Time for Non-Expert and Expert Discovery Deadlines; [Proposed] Order

- 3 -

Coates et al. v. CA Pines et al.
Case No. 2:20-cv-01112-KJM-DMC